LAQUER, URBAN, CLIFFORD & HODGE LLP
Denise E. Carter, Esq., State Bar #249774
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Email: Carter@Luch.com

Counsel for Plaintiffs Trustees of the
Operating Engineers Pension Trust, et al.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VIKING DEMOLITION COMPANY. INC., a California Corporation,<br><br>Defendant. | CASE NO.:  CV08-00226 CAS (RZx)<br><br>**JUDGMENT** |

Upon application by plaintiffs herein for a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing to the Court that the default of Viking Demolition Company, Inc., a California corporation ("Viking"), was entered on April 21 2008, in the office of the Clerk of this Court; and that no proceedings have been taken by the defendant since default was entered, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees, respectively, of the Operating Engineers Pension Trust, the Operating Engineers Health and Welfare Fund, the Operating Engineers Vacation-Holiday Savings Trust and the Operating Engineers Training Trust, shall recover from defendant Viking the principal

/ / /

/ / /

1  amount of $29,437.71, attorneys' fees in the amount of $12,377.25, and costs of suit in the
2  amount of $1,339.16, together with post-judgment interest as provided by law.

3  DATED: September 15, 2008

4
5  _____
   UNITED STATES DISTRICT JUDGE

6
7
8  Respectfully Submitted By:
9  LAQUER, URBAN, CLIFFORD & HODGE LLP
10
11 By: /s/ Denise E. Carter
   Denise E. Carter
12 Counsel for Plaintiffs

2

Judgment

151729.1